# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 74253

**FILED**

OCT 2 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal challenges a district court order denying appellant leave to file a petition for a writ of coram nobis. The appeal was docketed without payment of the filing fee. Subsequently, a notice was issued advising appellant to pay the filing fee. To date, appellant has not paid the filing fee or otherwise communicated with this court. Furthermore, this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying a motion to file documents. *See* NRAP 3A(b). Accordingly, we lack jurisdiction over this appeal and therefore

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-42237

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Eighth District Court Clerk